# EXHIBIT 6

## Subject to a Motion to Seal